UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 21-24284-CIV-MORENO

GENERAL STAR NATIONAL INSURANCE
COMPANY,

       Plaintiff,

vs.

MDLV LLC, d/b/a ONE SOTHEBY'S
INTERNATIONAL REALTY, and HELIAC,
INC.,

       Defendants.
_____/

### ORDER DENYING PLAINTIFF'S MOTION TO DEEM MATTERS ADMITTED

THE MATTER was referred to the Honorable Jonathan Goodman, United States Magistrate Judge, for a Report and Recommendation on Plaintiff's Motion to Deem Matters Admitted, or, Alternatively, to Strike Portions of Answer, filed on **October 27, 2022**. The Magistrate Judge filed a Report and Recommendation **(D.E. 85)** on **December 20, 2022**. The Court has reviewed the entire file and record. The Court has made a *de novo* review of the issues, finding that no objections to the Magistrate Judge's Report and Recommendation were filed, it is

**ADJUDGED** that Magistrate Judge Goodman's Report and Recommendation is **AFFIRMED** and **ADOPTED**. Accordingly, it is

**ADJUDGED** that Plaintiff's Motion to Deem Matters Admitted, or, Alternatively, to Strike Portions of Answer is DENIED.

DONE AND ORDERED in Chambers at Miami, Florida, this ___ of January 2023.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies furnished to:

United States Magistrate Judge Jonathan Goodman

Counsel of Record