UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Fort Lauderdale Division

Case Number: 21-24284-CIV-MORENO

GENERAL STAR NATIONAL INSURANCE
COMPANY,

      Plaintiff,

vs.

MDLV LLC, d/b/a ONE SOTHEBY'S
INTERNATIONAL REALTY, et al.,

      Defendants.
_____/

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

THE MATTER was referred to the Honorable Jonathan Goodman, United States Magistrate Judge, for a Report and Recommendation on Plaintiff's Motion for Partial Summary Judgment, filed on **December 7, 2022**. The Magistrate Judge filed a Report and Recommendation **(D.E. 98)** on **January 10, 2023**. The Court has reviewed the entire file and record. The Court has made a *de novo* review of the issues that the objections to the Magistrate Judge's Report and Recommendation present, and being otherwise fully advised in the premises, it is

**ADJUDGED** that United States Magistrate Judge Jonathan Goodman's Report and Recommendation is **AFFIRMED** and **ADOPTED**. Accordingly, it is

**ADJUDGED** that Plaintiff's Motion for Partial Summary Judgment is DENIED.

DONE AND ORDERED in Chambers at Miami, Florida, this 25th of January 2023.

                                                                FEDERICO A. MORENO
                                                                UNITED STATES DISTRICT JUDGE

Copies furnished to:
United States Magistrate Judge Jonathan Goodman
Counsel of Record