UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 21-24284-CIV-MORENO

GENERAL STAR NATIONAL INSURANCE
COMPANY,

        Plaintiff,

vs.

MDLV LLC, doing business as ONE
SOTHEBY'S INTERNATIONAL REALTY,

        Defendant.
_____/

### ORDER GRANTING DEFENDANT'S MOTION FOR JUDGMENT ON THE PLEADINGS AND ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

THE MATTER was referred to the Honorable Jonathan Goodman, United States Magistrate Judge, for a Report and Recommendation on Defendant One Sotheby's Motion for Judgment on the Pleadings, filed on **January 5, 2023**. The Magistrate Judge filed a Report and Recommendation **(D.E. 93)** on **January 5, 2023**. The Court has reviewed the entire file and record. The Court has made a *de novo* review of the issues that the objections to the Magistrate Judge's Report and Recommendation present, and being otherwise fully advised in the premises, it is

        **ADJUDGED** that Magistrate Judge Goodman's Report and Recommendation is **AFFIRMED** and **ADOPTED**. Accordingly, it is

        **ADJUDGED** that Defendant One Sotheby's Motion for Judgment on the Pleadings is GRANTED.

DONE AND ORDERED in Chambers at Miami, Florida, this 3rd of February 2023.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies furnished to:

United States Magistrate Judge Jonathan Goodman

Counsel of Record