UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 21-24284-CIV-MORENO

GENERAL STAR NATIONAL INSURANCE
COMPANY,

        Plaintiff,

vs.

MDLV LLC, doing business as
ONE SOTHEBY'S INTERNATIONAL
REALTY; HELIAC, INC.; and
GLEB KLIONER

        Defendants.
_____/

## ORDER ADOPTING MAGISTRATE JUDGE GOODMAN'S REPORT AND RECOMMENDATIONS ON ONE SOTHEBY'S RENEWED MOTION FOR ATTORNEY'S FEES

THE MATTER was referred to the Honorable Jonathan Goodman, United States Magistrate Judge, for a Report and Recommendation on Plaintiff's Motion for Attorney's Fees, filed on **March 27, 2024**. The Magistrate Judge filed a Report and Recommendation **(D.E. 134)** on **August 13, 2024**. The Court has reviewed the entire file and record. The Court has made a *de novo* review of the issues that the objections to the Magistrate Judge's Report and Recommendation present, and being otherwise fully advised in the premises, it is

        **ADJUDGED** that United States Magistrate Judge Jonathan Goodman's Report and Recommendation is **AFFIRMED** and **ADOPTED**. Accordingly, it is

**ADJUDGED** that Plaintiff's Motion for Attorney's Fees is GRANTED IN PART AND DENIED IN PART. The Court awards the following hourly rates: $650.00 for Mr. Marino, $575.00 for Ms. Gudaitis, $300.00 for Ms. Rocha, $285.00 for Ms. Watson, and $145.00 for both Ms. Mulhall and Ms. Garcia. Further, to account for the myriad billing problems outlined in the Report, the Court reduces the requested fees by 25% as an "across-the-board percentage reduction."

Thus, the Court awards One Sotheby **$103,350.00** in fees. This amount was calculated by first determining the total award based on the recommended hourly rates (Mr. Marino $650.00 x 51.3 hours = $33,345.00) + (Ms. Gudaitis $575.00 x 23.2 hours = $13,340.00) + (Ms. Watson $285.00 x 21.2 hours = $6,042.00) + (Ms. Rocha $300.00 x 268.4 hours = $80,520.00) + (Ms. Mulhall $145.00 x 30.6 hours = $4,437.00) + (Ms. Garcia $145.00 x. 0.8 hours = $116.00) = $137,800. Then, after subtracting 25% from $137,800.00 results in the final figure of $103,350.00.

DONE AND ORDERED in Chambers at Miami, Florida, this 28th of August 2024.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies furnished to:

United States Magistrate Judge Jonathan Goodman

Counsel of Record

2